**Wilson O. ROGERS, III, Plaintiff—Appellant,**

v.

**Superintendent CHERRY, Hampton Roads Regional Jail; Mrs. Estes, Health Services Admin., Prison Health Services, Defendants—Appellees.**

No. 06–7503.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: March 1, 2007.

Wilson O. Rogers, III, Appellant Pro Se.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson O. Rogers, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rogers v. Cherry*, No. 2:05–cv–00620–RBS (E.D.Va. Aug. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*